Sweet v. Dow.

The state of the case was — Said Esther was born in the town of Windham, and on the 23d of November A. D. 1782, removed with a certificate from said town of Windham to Norwich, which certificate was duly lodged with the town clerk; on the 11th of September A. D. 1783, she was married to William Heriden of Norton, in the state of Massachusetts; about two years ago he went off and left his wife and family, said Esther not having gained any settlement out of the town of Windham, except in right of her husband, in said town of Norton.

Question — Whether as the husband's settlement was in another state, he was to be considered as a foreigner? And her settlement at Windham, which had been suspended by the marriage, was to be revived by his going away and absconding.

### SWEET v. DOW.

A cause which appears to the court not to be appealable, they will *ex officio* dismiss.

ACTION of trover for some bark, brought before a justice, demanding £2 lawful money damages.

The defendant admitted the facts but plead — That the land on which the trees grew, from which said bark was taken, was the land of the defendant; which cause was tried in the County Court and appealed to this court: The court observing the pleadings, ordered the cause to be erased from the docket; it not being appealable. In the case of Belton v. Christophers, sheriff at New London, September 1773, for an escape after issue closed to the jury, the court dismissed the cause because it appeared not to be appealable.